AP-77,041
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2016 10:19:14 PM
Accepted 6/3/2016 7:30:54 AM
ABEL ACOSTA
CLERK

**MATTHEW D. POWELL**

CRIMINAL DISTRICT ATTORNEY

P.O. BOX 10536

LUBBOCK, TEXAS 79408-3536



Lubbock County Courthouse
9th Broadway
Second Floor
Lubbock, Texas 79401
(806)775-1100 Fax (806)775-7930

Office of the Criminal District Attorney

**Administrator**
 Anthony Holcomb

**First Assistant District Attorney**
 Wade Jackson

**Chief Investigator**
 Todd Smith

**Appellate Division**
 Jeffrey Ford - Chief
 Lauren Murphree

**Grand Jury/Intake Division**
 Trey Hill - Deputy D.A.
 Eddie Wharf

**Victim Assistance Coordinator**.
 Laney Dickey

**Juvenile Division**
 Kim Hayes - Chief
 Jeri Leigh Myers

**Civil Division**
 Neal Burt - Chief
 Donna Clarke
 Morgan Vaughan
 Deirdre Ward -CPS
 Theresa Ratliff -CPS
 Kacee Harvey -CPS

**Felony Prosecutors**
 Sunshine Stanek - Deputy DA
 Barron Slack - Assistant Felony DA

**Narcotics/Property Crimes**
 Mandi Say

**Intoxication Cases/Misd Chief**
 Tom Brummett

**137th District Court**
 Laura Beth Fossett -Chief
 Ashley Davis
 Chris Schulte

**140th District Court**
 Traci Bowman - Chief
 Jessica Schneider
 Neal Spradlin

**364th District Court**
 Aaron Moncibaiz- Chief
 Courtney Grafft
 Cara Landers

**County Court at Law #1**
 Ryan Brooke - Chief
 Greg Jerman
 Cassie Nesbitt

**County Court at Law #2**
 Ginny Shewmake - Chief
 Craig Oglesby

**Domestic Violence**
 Jennifer Slack

June 2, 2016

Mr. Abel Acosta
Clerk, Court of Criminal Appeals
P. O. Box 12308
Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

June 3, 2016

ABEL ACOSTA, CLERK

RE:    Case No. AP-77,041
       Trial Court Case No. 2012-434,109

Style: Brian Suniga
           v.
       The State of Texas

Dear Mr. Acosta:

The undersigned attorney acknowledges receipt of the Court's May 23, 2016, letter in the above cause, inquiring as to whether the parties will appear for oral argument. In response to the Court's inquiry, the undersigned attorney hereby gives notice of intent to appear at the June 15, 2016, oral argument on behalf of the State of Texas. The State hereby designates the first, second, and fourth issues as issues that it intends to argue, time permitting, at the oral argument.

Thank you for your courtesies.

Respectfully submitted,

By: /s/ Jeffrey S. Ford
Jeffrey S. Ford
Assistant Criminal District Attorney
Appellate Chief

copy: Ms. Hilary Sheard
         Law Office of Hilary Sheard
         7421 Burnet Road #300-512
         Austin, TX 78757